MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**December 13, 2024**

Honorable Brian M. Cogan
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

***Re: Gemane Nettles v. Caleta 111 Bar inc et al,***
***Civil Action No.:1:24-cv-05753-BMC***
***Joint Notice of Settlement***

Dear Honorable Judge Brian M. Cogan,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's November 14, 2024 Scheduling Order, the Parties jointly file this letter as a notice of the current case status and a request for an adjournment of the discovery deadlines therewith. Foremost, the Plaintiff wishes to apprise the Court that the parties have reached a Settlement in Principle and are in the process of preparing the requisite Settlement papers and agreements.

Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed in the coming 30-days.

Thank you for the Court's time and consideration.

Most Respectfully,

BARDUCCI LAW FIRM
PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only